IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:92-cr-01036-MP-AK

MARVIN EUGENE BIGHOM,

    Defendant.
_____/

# **O R D E R**

This matter is before the Court on Doc. 7, Defendant's Motion to Transfer Revocation Hearing to Judge Vinson, in the United States District Court, Pensacola Division. Defendant has been indicted in the Pensacola Division and is facing trial on July 11, 2005 for charges identical to the those brought before this Court for his violation of supervised release. This Court held a telephone conference on this matter on Tuesday, June 21, 2005. Both the United States Attorney's Office and the United States Probation Office agree to the transfer for purposes of the revocation hearing. Additionally, Judge Vinson has agreed to this transfer.

**ORDERED AND ADJUDGED:**

Defendant's Motion to Transfer the Revocation Hearing to Judge Roger Vinson, in United States District Court, Pensacola Division, is GRANTED. This Court's revocation hearing, scheduled for Friday, June 24, 2005, is CANCELLED.

**DONE AND ORDERED** this __21st__ day of June, 2005.

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge