UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  Dkt. 1:92CR1036/MMP |
| | ) |
| MARVIN EUGENE BIGHOM | ) |

## ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on October 6, 2005; there appearing Assistant U.S. Attorney Thomas Swaim; and the defendant, Marvin Eugene Bighom; appearing in person with counsel, Assistant Federal Public Defender Thomas S. Keith, Esquire; and after receiving testimony, the Court did find the defendant to be in violation of supervised release of violation #1 as outlined in the Petition as well violation #2, as orally amended by the Court. The Court orders the defendant to be continued under supervision with the following additional special conditions:

Special Condition # 1  "The defendant shall reside at the Pensacola Community Service Center and remain at the Community Service Center at all times, except as authorized, for a period of 3 months and 15 days. The offender shall be placed in the corrections component, (most restrictive conditions) of the Pensacola Community Service Center and will be allowed to leave the Community Service Center only for the purposes of treatment, work, basic needs, religious services, and only at times approved by the supervising U.S. Probation Officer."

Special Condition #2  The defendant shall have no indirect or direct contact with Diane Metzger or Tiffany Davis.

DONE AND ORDERED in Open Court at Pensacola, Florida, this __6th__ day of __October__, 2005.

The Honorable Roger Vinson
Senior U.S. District Judge
Date Signed: 10/12/05

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

05 OCT 13 AM 11: 11

FILED